No. 14-16840

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**

Plaintiffs and Appellees,

**v.**

**KAMALA HARRIS, Attorney General of California (in her official capacity),**

Defendant and Appellant.

On Appeal from the United States District Court
for the Eastern District of California

Case No. 1:11-cv-02137-AWI-SKO
The Honorable Anthony W. Ishii, Judge

**APPELLANT'S NOTICE OF COMPLIANCE
WITH CIRCUIT RULE 10-3.1(A)**

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
JONATHAN M. EISENBERG
Deputy Attorney General

PETER H. CHANG
Deputy Attorney General
State Bar No. 241467
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5939
Fax: (415) 703-1234
Email: Peter.Chang@doj.ca.gov
*Attorneys for Appellant Kamala D. Harris,
Attorney General of California*

Appellant Kamala D. Harris, Attorney General of California ("Appellant"), hereby gives notice that, in compliance with the December 2, 2014 Scheduling Order, Circuit Rule 10-3.1(a), and Federal Rule of Appellate Procedure 10(b)(1)(A), Appellant has ordered the entire transcript of the bench trial proceedings before the district court.

Dated:  December 12, 2014      Respectfully Submitted,

                         KAMALA D. HARRIS
                         Attorney General of California
                         DOUGLAS J. WOODS
                         Senior Assistant Attorney General
                         MARK R. BECKINGTON
                         Supervising Deputy Attorney General

                         /s/ Peter H. Chang_____
                         PETER H. CHANG
                         Deputy Attorney General
                         *Attorneys for Appellant Kamala D. Harris,*
                         *Attorney General of California*