FILED

JAN 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFF SILVESTER; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity,<br><br>        Defendant - Appellant. | No. 14-16840<br><br>D.C. No. 1:11-cv-02137-AWI-SKO<br>Eastern District of California, Fresno<br><br>ORDER |

Before: GRABER, CALLAHAN, and CHRISTEN, Circuit Judges.

Appellant's motion to stay the district court's August 25, 2014 order pending appeal is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The briefing schedule established previously remains in effect.

AT/MOATT