# EXHIBIT A

54 Grove Street
Salinas, CA 93901
25 August 1975

Senator Donald L. Grunsky
California State Senate
State Capitol
Sacramento, CA 95814

Dear Senator Grunsky:

    I am writing in response to statements attributed to you by the August 23rd issue of the Salinas Californian. These statements concern the Senate's recent defeat of AB-1441 which would triple the mandatory waiting period between the purchase and delivery of a handgun to private citizens.

    Your example of the three-week delay you experienced in the delivery of a television set is such that only a person of little wit can excuse you. There is a world of difference between an unfortunate accidental delay and one imposed by the government. Furthermore, television sets are not firearms and their private ownership is not protected by the U.S. Constitution. I congratulate you on not "falling apart" while waiting for the delivery of your television set. This is a tremendous testimony to your emotional stability.

    As one of your "red hot" gun owners, the very notion of a government-imposed waiting period in the lawful acquisition of firearms strikes me as being a dangerous practice at best. At first all you people wanted was a 72-hour "cooling off" period. This was later extended to the current five-day delay. At that time we were assured that five days' delay was "perfectly adequate." Now you wish to triple this "perfectly adequate" waiting period. Where does it end? Six months? A year? Just where do you finally draw the line?

    AB-1441 is not going to deter criminals. Just what effect will your anti-gun law have on a person who lives by breaking the law? It is the honest citizen who is affected by gun control laws, not the criminal. AB-1441 will only serve to further increase the unnecessary harassment of responsible, law-abiding gun owners in the state of California. I have lived in several other states which have absolutely no form of waiting period and their crime rates have not suffered for the lack of one.

    AB-1441 is just one more attempt to abridge the civil liberties of all people because a few are irresponsible. Rather than dealing with those people who misuse firearms, you're trying to enact legislation of a restrictive nature which infringes on everyone.

AG000360
*Silvester v. Harris*

On one thing you said, we both agree. Most people do want handguns "for something other than shooting squirrels or targets." Along with tens of millions of other Americans, I own a handgun for the personal defense of myself and my family. I feel that the person best qualified and most likely to protect me is myself. Not the state or the agent of the state. The recent San Francisco police strike is an excellent example of the government's inability to protect private citizens. No police officer is as reliable and ever-present to protect me as I am. This may be a form of vigilantism to you; I call it self-reliance.

I have come to expect wacky legislation at the hands of liberal Democrats. I am confounded when I see it authored by Republicans. I strongly feel that your support for AB-1441 and efforts to get it reconsidered are reprehensible and contrary to the basic principles of individual freedom that the Republican Party is supposed to champion.

                Yours very truly,

                *James L. Waller*
                James L. Waller
                Representative, 2nd Supervisorial District
                Monterey County Republican Central Committee

cc:

✓Assemblyman Frank Murphy Jr.
Assemblyman Bob Nimmo
President, Salinas Sportsmen's Club
President, Monterey County Sportsmen's Council
California Rifle & Pistol Association

AG000361
*Silvester v. Harris*

> 142 Rainbow Court
> Vallejo, CA 94590
>
> Dear Mr Murphy:
>
> I oppose A.B 1441. The waiting period was intended to be a "cool off" period. If the purchaser is not entitled to possess a firearm, he is still subject to the same criminal penalties regardless of the waiting period. (Furthermore, it seems doubtful that criminals buy their firearms from licensed dealers)
>
> James E. McConnell

AG000376
Silvester v. Harris