# EXHIBIT E

**U.S. Department of Justice**
Office of Justice Programs



# Bureau of Justice Statistics

# Survey of State Procedures Related to Firearm Sales, 1996

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, American Samoa, Guam, Puerto Rico, The Virgin Islands, Washington, D.C.

U.S. Department of Justice
Office of Justice Programs
Bureau of Justice Statistics



# Survey of State Procedures
# Related to Firearm Sales, 1996

**Prepared by the**
**Regional Justice Information Service**
**St. Louis, Missouri**

September 1997, NCJ-163918

**U.S. Department of Justice**
Bureau of Justice Statistics

Jan M. Chaiken, Ph.D.
Director

Report of work performed under
BJS Cooperative Agreement No.
95-RU-RX-K021 awarded to the
Regional Justice Information
Service (REJIS), 4255 West Pine
Boulevard, St. Louis, Missouri
63108.  Contents of this document
do not necessarily reflect the views
or policies of the Bureau of Justice
Statistics or the U.S. Department of
Justice.

The U.S. Department of Justice
authorizes any person to repro-
duce, publish translate or otherwise
use all or any part of this material
in this publication except for those
items indicating they are copy-
righted or printed by a source other
than REJIS.

More information on this subject
may be obtained from:

Gene Lauver, FIST Manager
Regional Justice Information
  Service
4255 West Pine Boulevard
St. Louis, MO 63108
Phone (314) 535-1455, ext. 260
Fax (314) 535-1729

An electronic version of this
report may be found on the
Internet at:

*http://www.ojp.usdoj.gov/bjs/*

# Background

This study is part of an ongoing Bureau of Justice Statistics (BJS) project referred to as FIST (Firearm Inquiries STatistics) being conducted by the Regional Justice Information Service (REJIS) of St. Louis, Missouri. The purpose of the study is to provide an overview of how the firearm check procedures work in the various states to help in measuring the impact of the "Brady Act" (Public Law 103-159, Handgun Control, Multiple Firearm Purchases, and Federal Firearms License Reform: Brady Handgun Violence Prevention Act).

This document is based on a three-part survey sent to all of the states in June 1995. Part A, Firearms Inquiry Statistical Technique, focuses on the process and procedures an agency follows to review an application to purchase a firearm. Part B, Firearms Inquiry Survey Tracking, focuses on individual transactions involving the initial rejection of an application. Part C, Firearms Inquiry Statistical Tally, shows the total number of applications processed and the resulting decisions. No identification information related to a specific individual is collected. Additionally, the states were informed that their responses were entirely voluntary.

The survey's Part A is designed to be filled out only once. Part B and Part C are designed to be implemented on a continuing basis, each state submitting either Part B rejection records or a Part C summary at the end of each month. Most of the states responded to Part A but declined to submit part B or C until BJS- supported automated processing software was developed by REJIS. This BJS software was released to the states in December 1995, and data concerning the numbers of applications being processed will shortly become available on a regular basis.

This report summarizes the Part A responses received from 40 states as well as verbal discussions the non-responding states had with REJIS interviewers. Moreover, each summary, once prepared, was forwarded to the state for review, and clarifying comments were used to adjust the summary. As a result, REJIS believes the summary to be substantially correct.

For the purposes of this report, the term CLEO (Chief Law Enforcement Officer) refers to any agency designated as authorized to perform criminal record checks for handgun purchases under the Brady Act or, in the case of Brady Alternative States, under its own legislation. Note that responses may reflect the fact that states may place additional restrictions or ask for additional personal identifiers to purchase a handgun besides those required in the Brady Act. Also note that state restoration of firearm privileges may not remove Federal firearm disabilities (for further information contact the Bureau of Alcohol, Tobacco and Firearms [BATF] to make such a determination). Appendix A lists each state's FIST contact. Appendix B, Status of the States, summarizes each state's number of CLEOs, reported instant check capability, and initial rejection data as of January 1996.

REJIS wishes to thank the state representatives who responded to the survey, those who reviewed the summary for their state, and others who helped in the preparation of this document.

**Appendix table 1.  Applications for presale handgun checks processed by States, 1996**

| State | Population | Applications Received | Applications Rejected | Rejection rate |
|-------|-----------|----------------------|----------------------|----------------|
| Arizona | 3,665,228 | 72,715 | 2,203 | 3.0% |
| Arkansas | 2,350,725 | 25,742 | 506 | 2.0% |
| California | 29,760,021 | 215,804 | 2,111 | 1.0% |
| Colorado | 3,294,394 | 51,450 | 3,518 | 6.8% |
| Delaware | 666,168 | 11,826 | 639 | 5.4% |
| Florida | 12,937,926 | 213,133 | 6,236 | 2.9% |
| Georgia | 6,478,216 | 89,786 | 8,463 | 9.4% |
| Idaho | 1,006,749 | 24,604 | 791 | 3.2% |
| Illinois | 11,430,602 | 178,168 | 1,997 | 1.1% |
| Indiana | 5,544,159 | 81,974 | 907 | 1.1% |
| Kentucky | 3,685,296 | 67,830 | 1,600 | 2.4% |
| Maryland | 4,781,468 | 31,362 | 344 | 1.1% |
| Nevada | 1,201,833 | 28,253 | 574 | 2.0% |
| New Hampshire | 1,109,252 | 12,997 | 161 | 1.2% |
| New Jersey | 7,730,188 | 24,672 | 280 | 1.1% |
| Ohio | 10,847,115 | 60,037 | 330 | 0.5% |
| South Carolina | 3,486,703 | 53,153 | 2,467 | 4.6% |
| Utah | 1,722,850 | 34,073 | 595 | 1.7% |
| Virginia | 6,187,358 | 182,384 | 1,896 | 1.0% |
| West Virginia | 1,793,477 | 20,538 | 224 | 1.1% |
| Wisconsin | 4,891,769 | 32,628 | 188 | 0.6% |

Note: This table includes only those States that provided actual counts
of the total of applications processed in the State during 1996.

**Appendix table 2.  Handgun presale check procedures, by State, 1996**

| State | State status Brady | State status Alternative[a] | Presale check procedures in Brady-alternative States[b] Instant check | Presale check procedures in Brady-alternative States[b] Permit or other | Waiting period before handgun can be delivered to purchaser[c] | Additional purchase restrictions[d] | Number of CLEOs |
|---|---|---|---|---|---|---|---|
| Alabama | X | --- | --- | --- | 2 days | 1 | 67 |
| Alaska | X | --- | --- | --- | --- | --- | 35 |
| Arizona | X[e] | --- | --- | --- | --- | --- | 1 |
| Arkansas | X[e] | --- | --- | --- | --- | --- | 1 |
| California | --- | ■ | --- | Yes | 15 days[f] | 2 | 1 |
| Colorado | --- | 03/94 | Yes | --- | --- | 2 | 1 |
| Connecticut | --- | ■ | --- | Yes | 14 days | 2 | 1 |
| Delaware | --- | ■ | Yes | --- | --- | 2,3 | 1 |
| Florida | --- | ■ | Yes | --- | 3 days | 1 | 1 |
| Georgia | --- | 01/96 | Yes | --- | --- | --- | 1 |
| Hawaii | --- | ■ | --- | Yes | 14 days | 1,2,4 | 4 |
| Idaho | --- | 06/94 | Yes | Yes | --- | --- | 1 |
| Illinois | --- | ■ | Yes | Yes | 3 days | 1,3 | 1 |
| Indiana | --- | ■ | --- | Yes | 7 days | 4 | 99 |
| Iowa | --- | ■ | --- | Yes | 3 days | 1 | 99 |
| Kansas | X | --- | --- | --- | --- | --- | 123 |
| Kentucky | X | --- | --- | --- | 5 days | --- | 5 |
| Louisiana | X | --- | --- | Yes | --- | --- | 64 |
| Maine | X | --- | --- | Yes | --- | --- | 128 |
| Maryland | --- | ■ | --- | Yes | 7 days | 2,4 | 1 |
| Massachusetts | --- | ■ | --- | Yes | --- | 1 | 270 |
| Michigan | --- | ■ | --- | Yes | --- | 1 | 595 |
| Minnesota | --- | 08/94 | --- | Yes | --- | --- | 568 |
| Mississippi | X | --- | --- | --- | --- | --- | 263 |
| Missouri | --- | ■ | --- | Yes | --- | 2,4 | 115 |
| Montana | X | --- | --- | --- | --- | --- | 56 |
| Nebraska | --- | ■ | --- | Yes | --- | --- | 95 |
| Nevada | X[e] | --- | --- | --- | --- | --- | 1 |
| New Hampshire | --- | 01/95 | Yes | --- | --- | 1 | 1 |
| New Jersey | --- | ■ | --- | Yes | 7 days | 1,4 | 483 |
| New Mexico | X | --- | --- | --- | --- | --- | 113 |
| New York | --- | ■ | --- | Yes | --- | 1,2 | 58 |
| North Carolina | --- | 12/95 | --- | Yes | --- | 1,4 | 100 |
| North Dakota | X | --- | --- | --- | --- | 2 | 53 |
| Ohio | X[e] | --- | --- | --- | 5 days | --- | 1 |
| Oklahoma | X | --- | --- | --- | --- | --- | 440 |
| Oregon | --- | ■ | Yes | Yes | --- | 1,2 | 1 |
| Pennsylvania | X | --- | --- | --- | 2 days | 2 | 67 |
| Rhode Island | X | --- | --- | --- | 7 days | 4 | 39 |
| South Carolina | X[e] | --- | --- | --- | --- | 1,2,4 | 1 |
| South Dakota | X | --- | --- | --- | 2 days | --- | 66 |
| Tennessee | --- | 05/94 | --- | Yes | 15 days | 1,2,4 | 96 |
| Texas | X | --- | --- | --- | --- | --- | 991 |
| Utah | --- | 03/94 | Yes | --- | --- | --- | 1 |
| Vermont | X | --- | --- | --- | --- | --- | 22 |
| Virginia | --- | ■ | Yes | --- | --- | 1 | 1 |
| Washington | --- | 06/96 | --- | Yes | 5 days | 2 | 291 |
| West Virginia | X | --- | --- | --- | --- | --- | 1 |
| Wisconsin | --- | ■ | Yes | --- | 2 days | 1,3 | 1 |
| Wyoming | X | --- | --- | --- | --- | --- | 40 |
| Total | 23 | 27 | 11 | 20 | | | 5,367 |

---Not applicable.
■ States classified as the original Brady-alternative States by the Bureau of Alcohol, Tobacco and Firearms (BATF).
[a]Dates reflect when States switched from Brady to Brady-alternative status.
[b]BATF classified the States.
[c]Where a waiting period is indicated for a Brady State, it represents additional requirements under State law.
[d]1-General restrictions.  2-Purchaser must not be under indictment or arraignment or have been convicted of a misdemeanor (specific misdemeanors vary by State).  3-Purchaser must not have committed juvenile-related offenses.  4-Purchaser must not be habitually intoxicated.
[e]The State reports that it maintains a central 1-800 or 1-900 telephone number that Federal firearms licensees may call to make an immediate background check.
[f]California's presale waiting period was reduced to 10 days as of April 1, 1997.

**Appendix table 3. Amount of fees for background checks
and how long handgun purchase applications are kept, by State, 1996**

| State | Maximum fee charged for name check | Fingerprint accompanies application* | The period for which processed applications are retained by the CLEO | |
|---|---|---|---|---|
| | | | Approved | Rejected |
| Alabama | --- | --- | 20 days | ■ |
| Alaska | --- | --- | 20 days | ■ |
| Arizona | --- | --- | 20 days | Indefinitely |
| Arkansas | $15.00 | Yes (1) | 20 days | Indefinitely |
| California | 14.00 | --- | Indefinitely | Indefinitely |
| Colorado | 10.00 | --- | 1 day | 2 years |
| Connecticut | --- | --- | Indefinitely | Indefinitely |
| Delaware | --- | --- | 60 days | Indefinitely |
| Florida | 8.00 | --- | 2 days | Indefinitely |
| Georgia | 5.00 | --- | Not kept | 90 days |
| Hawaii | 24.00 | Yes | Indefinitely | Indefinitely |
| Idaho | --- | --- | 5 days | 6 months |
| Illinois | 2.00 | --- | 1 year | 5 years |
| Indiana | --- | Yes (1) | Not kept | Indefinitely |
| Iowa | --- | --- | 4 years | 3 years |
| Kansas | --- | --- | 20 days | ■ |
| Kentucky | --- | --- | 20 days | Indefinitely |
| Louisiana | --- | --- | 20 days | ■ |
| Maine | --- | --- | 20 days | Indefinitely |
| Maryland | 10.00 | --- | Indefinitely | 3 years |
| Massachusetts | 20.00 | Yes (1) | Indefinitely | Indefinitely |
| Michigan | 5.00 | --- | 6 years | ■ |
| Minnesota | --- | --- | ■ | ■ |
| Mississippi | --- | --- | 20 days | ■ |
| Missouri | 10.00 | --- | Indefinitely | Indefinitely |
| Montana | --- | --- | 20 days | ■ |
| Nebraska | 5.00 | --- | ■ | ■ |
| Nevada | 15.00 | --- | 20 days | Indefinitely |
| New Hampshire | 7.00 | --- | 20 days | 3 years |
| New Jersey | 51.00 (2) | Yes | Indefinitely | Indefinitely |
| New Mexico | 20.00 | --- | 20 days | ■ |
| New York | 74.00 (2) | Yes | Indefinitely | Indefinitely |
| North Carolina | 5.00 | --- | 5 years | Indefinitely |
| North Dakota | 10.00 | --- | 20 days | Indefinitely |
| Ohio | 15.00 | --- | 20 days | Indefinitely |
| Oklahoma | --- | --- | 20 days | ■ |
| Oregon | 10.00 | Yes (4) | 5 years | 5 years |
| Pennsylvania | 3.00 (3) | --- | 20 days | 20 days |
| Rhode Island | --- | --- | 20 days | Indefinitely |
| South Carolina | 5.00 | Yes (1) | 20 days | Indefinitely |
| South Dakota | --- | --- | 20 days | ■ |
| Tennessee | --- | Yes (4) | 1 year | 1 year |
| Texas | --- | --- | 20 days | ■ |
| Utah | 5.00 | --- | 20 days | 1 year |
| Vermont | --- | --- | 20 days | ■ |
| Virginia | 2.00 | --- | 30 days | 2 years |
| Washington | --- | --- | 20 days | 6 years |
| West Virginia | --- | --- | 20 days | Indefinitely |
| Wisconsin | 8.00 | --- | 30 days | Indefinitely |
| Wyoming | --- | --- | 20 days | ■ |

---Not applicable.
*Either the total or a portion of the cost for fingerprint processing is included in the name check cost.
■ Applications are retained at the discretion of the local CLEO.
(1) Fingerprints are used only if identity is questioned.
(2) Includes fee for FBI fingerprint check.
(3) Fee is being used to fund a new statewide system.
(4) Only the thumbprint is taken, but it is not used for the background check.