UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFF SILVESTER; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity,<br><br>        Defendant - Appellant. | No. 14-16840<br><br>D.C. No. 1:11-cv-02137-AWI-SKO<br>U.S. District Court for Eastern California, Fresno<br><br>**ORDER** |

The amicus brief submitted by Brady Center to Prevent Gun Violence on April 1, 2015 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939.

For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Liora Anis
                                        Deputy Clerk