14-16840

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**JEFF SILVESTER, BRANDON COMBS, THE CALGUNS FOUNDATION, INC., a non-profit organization, and THE SECOND AMENDMENT FOUNDATION, INC., a non-profit organization,**

                    Plaintiffs and Appellees,

    v.

**KAMALA D. HARRIS, Attorney General of California (in her official capacity),**

                    Defendant and Appellant.

On Appeal from the United States District Court
for the Eastern District of California

Case No. 1:11-cv-02137-AWI-SKO
The Honorable Anthony W. Ishii, Judge

## APPELLANT'S RESPONSE REGARDING MOTION TO EXPEDITE ORAL ARGUMENT

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General

JONATHAN M. EISENBERG
Deputy Attorney General
State Bar No. 184162
 300 South Spring St., Ste. 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-6505
 Fax: (213) 897-5775
Email: Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Appellant Kamala D. Harris, Attorney General of California*

Appellant takes no position regarding the pending motion to expedite oral argument.

Dated: October 5, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DOUGLAS J. WOODS
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
PETER H. CHANG
Deputy Attorney General


/s/ Jonathan M. Eisenberg_____
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Appellant Kamala D. Harris, Attorney General of California*