
UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFF SILVESTER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity, <br><br> Defendant - Appellant. | No. 14-16840 <br><br> D.C. No. 1:11-cv-02137-AWI-SKO <br> Eastern District of California, <br> Fresno <br><br> ORDER |

The appellees' motion to expedite calendaring is granted in part. This case will be calendared in accordance with the priorities set forth at Ninth Circuit Rule 34-3.

For the Court:
MOLLY C. DWYER
Clerk of the Court

Teresa A. Haugen, Deputy Clerk
9th Circuit Rules 27-7, 27-10

Tah/10.5.15/Pro Mo/Pro Mo