# BENBROOK LAW GROUP

Professional Corporation
400 CAPITOL MALL, SUITE 1610
SACRAMENTO, CALIFORNIA 95814

www.benbrooklawgroup.com

TELEPHONE: (916) 447-4900
FACSIMILE: (916) 447-4904

BRADLEY A. BENBROOK                                                                                   brad@benbrooklawgroup.com

October 29, 2015

<u>**Via CM/ECF**</u>

Ninth Circuit Court of Appeals
The James R. Browning Courthouse
Attn: Clerk of the Court
95 7th Street
San Francisco, CA 94103

    Re:  Availability for Oral Argument in *Silvester v. Harris*, No.: 14-16840

Dear Clerk of the Court:

    In response to the Court's invitation to advise regarding potential conflicts during the February 2016 calendar for oral argument in the above-referenced appeal, please note that our firm has a mandatory settlement conference in Sacramento on February 11, in another case involving the appellant here.  Given the location of the various counsel in this appeal, we respectfully request that oral argument be set in San Francisco.  Thank you for your consideration.

                Sincerely,

                /s/ *Bradley A. Benbrook*

                Bradley A. Benbrook