**FILED**

NOV 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFF SILVESTER; et al.,<br><br>　　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, in her official capacity,<br><br>　　　　　Defendant - Appellant. | No. 14-16840<br><br>D.C. No. 1:11-cv-02137-AWI-SKO<br>Eastern District of California,<br>Fresno |
| TRACY RIFLE AND PISTOL LLC; et al.,<br><br>　　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>KAMALA D. HARRIS, Attorney General, State of California; et al.,<br><br>　　　　　Defendants - Appellees. | No. 15-16501<br><br>D.C. No. 2:14-cv-02626-TLN-DAD<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

These appeals have been assigned to the same panel because they involve potentially related issues regarding the Second Amendment. The cases are not consolidated for oral argument. Counsel may wish to confer in order to enhance

oral argument. The Clerk shall serve a copy of the court's service list for each case on all parties.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Halina Larman
Deputy Clerk