| | |
|---|---|
| JEFF SILVESTER<br>       Plaintiff − Appellee, | Donald Kilmer, Jr., Attorney<br>Direct: 408−264−8489<br>[COR LD NTC Retained]<br>The Law Offices of Donald Kilmer<br>1645 Willow Street, Suite 150<br>San Jose, CA 95125<br><br>Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR NTC Retained]<br>Benbrook Law Group<br>400 Capitol Mall<br>Sacramento, CA 95814<br><br>Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR NTC Retained]<br>Klinedinst PC<br>801 K Street<br>Sacramento, CA 95814<br><br>Victor J. Otten<br>Direct: 310−378−8533<br>[COR NTC Retained]<br>Otten Law, PC<br>Suite # 100<br>3620 Pacific Coast Highway<br>Torrance, CA 90505 |
| BRANDON COMBS<br>       Plaintiff − Appellee, | Donald Kilmer, Jr., Attorney<br>Direct: 408−264−8489<br>[COR LD NTC Retained]<br>(see above)<br><br>Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR NTC Retained]<br>(see above)<br><br>Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR NTC Retained]<br>(see above)<br><br>Victor J. Otten<br>Direct: 310−378−8533<br>[COR NTC Retained]<br>(see above) |
| CALGUNS FOUNDATION, INC., a non−profit organization<br>       Plaintiff − Appellee, | Donald Kilmer, Jr., Attorney<br>Direct: 408−264−8489<br>[COR LD NTC Retained] |

|  |  |
|---|---|
|  | (see above) |
|  | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR NTC Retained]<br>(see above) |
|  | Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR NTC Retained]<br>(see above) |
|  | Victor J. Otten<br>Direct: 310−378−8533<br>[COR NTC Retained]<br>(see above) |
| THE SECOND AMENDMENT FOUNDATION, INC., a non−profit organization<br>    Plaintiff − Appellee, | Donald Kilmer, Jr., Attorney<br>Direct: 408−264−8489<br>[COR LD NTC Retained]<br>(see above) |
|  | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR NTC Retained]<br>(see above) |
|  | Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR NTC Retained]<br>(see above) |
|  | Victor J. Otten<br>Direct: 310−378−8533<br>[COR NTC Retained]<br>(see above) |
| v. |  |
| KAMALA D. HARRIS, Attorney General, Attorney General of the State of California, in her official capacity<br>    Defendant − Appellant, | Jonathan Michael Eisenberg, Deputy Attorney General<br>Direct: 213−897−6505<br>[COR LD NTC Dep State Aty Gen]<br>California Department of Justice<br>Suite 1702<br>300 S. Spring Street<br>Los Angeles, CA 90013 |
|  | Peter H. Chang<br>Direct: 415−703−5939<br>[COR NTC Dep State Aty Gen]<br>AGCA − Office of the California Attorney General<br>Suite # 11000 |

455 Golden Gate Avenue
San Francisco, CA 94102

------------------------------

BRADY CENTER TO PREVENT GUN VIOLENCE
        Amicus Curiae,

Anthony Basich
Direct: 310−785−4600
[COR LD NTC Retained]
Hogan Lovells US LLP
Suite 1400
1999 Avenue of the Stars
Los Angeles, CA 90067

EVERYTOWN FOR GUN SAFETY
        Amicus Curiae,

Deepak Gupta
Direct: 202−888−1741
[COR LD NTC Retained]
Gupta Wessler PLLC
1735 20th Street, NW
Washington, DC 20009

LAW CENTER TO PREVENT GUN VIOLENCE
        Amicus Curiae,

Simon J. Frankel, Esquire, Attorney
[COR LD NTC Retained]
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111−5356

CRIME PREVENTION RESEARCH CENTER
        Amicus Curiae,

George M. Lee
Direct: 415−979−0500
[COR LD NTC Retained]
Seiler Epstein Ziegler & Applegate
Suite 2000
601 Montgomery Street
San Francisco, CA 94111

John R. Lott, Ph. D.
Direct: 484−802−5673
[COR LD NTC Retained]
Crime Prevention Research Center
212 Lafayette Ave.
Swarthmore, PA 19081

GUN OWNERS OF AMERICA, INC.
        Amicus Curiae,

Herbert W. Titus, Esquire
[COR LD NTC Retained]
William J. Olson, P.C.
370 Maple Ave. W
Suite 4
Vienna, VA 22180−5615

GUN OWNERS FOUNDATION
        Amicus Curiae,

Herbert W. Titus, Esquire
[COR LD NTC Retained]
(see above)

| | |
|---|---|
| UNITED STATES JUSTICE FOUNDATION<br>    Amicus Curiae, | Herbert W. Titus, Esquire<br>[COR LD NTC Retained]<br>(see above) |
| LINCOLN INSTITUTE FOR RESEARCH AND EDUCATION<br>    Amicus Curiae, | Herbert W. Titus, Esquire<br>[COR LD NTC Retained]<br>(see above) |
| ABRAHAM LINCOLN FOUNDATION FOR PUBLIC POLICY RESEARCH, INC.<br>    Amicus Curiae, | Herbert W. Titus, Esquire<br>[COR LD NTC Retained]<br>(see above) |
| INSTITUTE ON THE CONSTITUTION<br>    Amicus Curiae, | Herbert W. Titus, Esquire<br>[COR LD NTC Retained]<br>(see above) |
| CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND<br>    Amicus Curiae, | Herbert W. Titus, Esquire<br>[COR LD NTC Retained]<br>(see above) |
| CALIFORNIA RIFLE AND PISTOL ASSOCIATION<br>    Amicus Curiae, | Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>Michel & Associates, P.C.<br>Suite 200<br>180 E. Ocean Blvd.<br>Long Beach, CA 90802 |
| GUN OWNERS OF CALIFORNIA<br>    Amicus Curiae, | Carl D. Michel, Esquire, Senior Attorney<br>Direct: 562–216–4444<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| TRACY RIFLE AND PISTOL LLC<br>      Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>Benbrook Law Group<br>400 Capitol Mall<br>Sacramento, CA 95814<br><br>Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>Klinedinst PC<br>801 K Street<br>Sacramento, CA 95814<br><br>Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>UCLA School of Law<br>Firm: 310−825−4841<br>385 Charles E. Young Drive East<br>1242 Law Building<br>Los Angeles, CA 90095 |
| MICHAEL BARYLA, Managing Member, Tracy Rifle and Pistol LLC<br>      Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>(see above)<br><br>Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>(see above) |
| TEN PERCENT FIREARMS, a California corporation<br>      Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above)<br><br>Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>(see above)<br><br>Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| WESLEY MORRIS, Owner, Ten Percent Firearms<br>        Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above) |
| | Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>(see above) |
| | Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>(see above) |
| SACRAMENTO BLACK RIFLE, INC., a California corporation<br>        Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above) |
| | Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>(see above) |
| | Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>(see above) |
| ROBERT ADAMS, Owner, Sacramento Black Rifle, Inc.<br>        Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above) |
| | Stephen M. Duvernay, Attorney<br>Direct: 916−444−7573<br>[COR LD NTC Retained]<br>(see above) |
| | Eugene Volokh<br>Direct: 310−206−3926<br>[COR LD NTC Retained]<br>(see above) |
| PRK ARMS, INC., a California corporation<br>       Plaintiff − Appellant, | Bradley A. Benbrook, Attorney<br>Direct: 916−447−4900<br>[COR LD NTC Retained]<br>(see above) |
| | Stephen M. Duvernay, Attorney |

        Direct: 916−444−7573
        [COR LD NTC Retained]
        (see above)

        Eugene Volokh
        Direct: 310−206−3926
        [COR LD NTC Retained]
        (see above)

JEFFREY MULLEN, Owner, PRK Arms, Inc.    Bradley A. Benbrook, Attorney
    Plaintiff − Appellant,                       Direct: 916−447−4900
                                                                                    [COR LD NTC Retained]
                                                                                           (see above)

        Stephen M. Duvernay, Attorney
        Direct: 916−444−7573
        [COR LD NTC Retained]
        (see above)

        Eugene Volokh
        Direct: 310−206−3926
        [COR LD NTC Retained]
        (see above)

IMBERT & SMITHERS, INC.                 Bradley A. Benbrook, Attorney
    Plaintiff − Appellant,                       Direct: 916−447−4900
                                                                    [COR LD NTC Retained]
        (see above)

        Stephen M. Duvernay, Attorney
        Direct: 916−444−7573
        [COR LD NTC Retained]
        (see above)

        Eugene Volokh
        Direct: 310−206−3926
        [COR LD NTC Retained]
        (see above)

ALEX ROLSKY                                  Bradley A. Benbrook, Attorney
    Plaintiff − Appellant,                       Direct: 916−447−4900
        [COR LD NTC Retained]
        (see above)

        Stephen M. Duvernay, Attorney
        Direct: 916−444−7573
        [COR LD NTC Retained]
        (see above)

        Eugene Volokh
        Direct: 310−206−3926
        [COR LD NTC Retained]

|  |  |
|---|---|
|  | (see above) |
| v. |  |
| KAMALA D. HARRIS, Attorney General, Attorney General, State of California<br>    Defendant – Appellee, | Nelson Richards, Deputy Attorney General<br>Direct: 415−703−5559<br>[COR LD NTC Dep State Aty Gen]<br>AGCA – Office of the California Attorney General<br>Suite 11000<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Emmanuelle S. Soichet, Esquire<br>Direct: 415−703−5974<br>[COR LD NTC Dep State Aty Gen]<br>California Department of Justice<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102 |
| STEPHEN J. LINDLEY, Chief, California Department of Justice, Bureau of Firearms<br>    Defendant – Appellee, | Nelson Richards, Deputy Attorney General<br>Direct: 415−703−5559<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Emmanuelle S. Soichet, Esquire<br>Direct: 415−703−5974<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |