# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

Case Number: 14-16840

Case Title: Jeff Silvester, et al., v. Kamala D. Harris

**assigned for hearing:**

Date: 02/09/16  Time: 9:00  Courtroom: 1

Location: James R. Browning Courthouse, 95 7th Street, San Francisco, CA

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name: Bradley A. Benbrook

Address: 400 Capitol Mall, Suite 1610

City: Sacramento  State: CA  Zip Code: 95814

Phone: (916) 447-4900  Email Address: brad@benbrooklawgroup.com

Party/parties represented: Plaintiffs-Appellees

Special needs you may require in the courtroom: 

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format): s/ Bradley A. Benbrook  Date: 02/01/2016

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190