# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 14-16840 |
| Case Title | Jeff Silvester, et al. v. Kamala D. Harris |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | February 9, 2016 | Time | 9:00 a.m. | Courtroom | 1 |

Location: James R. Browning U.S. Courthouse, 95 Seventh St., San Francisco, CA 94103

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jonathan M. Eisenberg |
| Address | 300 South Spring St., Ste. 1702 |
| City | Los Angeles |
| State | CA |
| Zip Code | 90013 |
| Phone | (213) 897-6505 |
| Email Address | joneisenberg@yahoo.com |
| Party/parties represented | Defendant-Appellant Kamala D. Harris |
| Special needs you may require in the courtroom | |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Jonathan M. Eisenberg | Date | Feb. 1, 2016 |

## Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190